UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

| | |
|---|---|
| Carolyn Moore, | : |
| | : |
| Plaintiff, | : Civil Action No.: 4:12-cv-04132-SOH |
| v. | : |
| Gila, LLC; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Gila, LLC and Does 1-10 with prejudice and without costs to any party.

| Carolyn Moore | Gila, LLC |
|---|---|
| ___/s/ Sergei Lemberg_____ | __/s/ Benjamin D. Brenner_____ |
| Sergei Lemberg, Esq. | Benjamin D. Brenner, Esq. |
| LEMBERG & ASSOCIATES | MITCHELL, WILLIAMS, SELIG, |
| 1100 Summer Street, 3rd Floor | GATES & WOODYARD, P.L.L.C. |
| Stamford, CT  06905 | 425 West Capitol Avenue, Suite 1800 |
| (203) 653-2250 | Little Rock, AR 72201 |
| slemberg@lemberglaw.com | (501) 688-8800 |
| Attorney for Plaintiff | bbrenner@mwlaw.com |
| | Attorney for Defendant |

_____
SO ORDERED

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 9, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Western District of Arkansas Electronic Document Filing System (ECF) and that the document is available on the ECF system.

              By _/s/ Sergei Lemberg_
                Sergei Lemberg, Esq.